UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

SARA KHATTAB
and KAIYA CRUMP

        Plaintiffs,

v.                                                                    Civil Action No.: 3:23CV737

MARK JANOWSKI,
CHRISTOPHER BROWN,
and THE CITY OF RICHMOND,

        Defendants.

### NOTICE OF SETTLEMENT

COMES NOW Plaintiffs Sara Khattab and Kaiya Crump, to notify the Court that the parties in this matter have reached an agreed settlement with Defendants. Upon performance of the settlement terms, the parties will submit a Stipulation of Dismissal ending this matter.

        Respectfully submitted,

        SARA KHATTAB
        KAIYA CRUMP

        By Counsel

   /s/ Justin L. Criner          .
Justin L. Criner (VSB # 90649)
Daniel Vall-llobera (VSB #95282)
The Beale Law Firm, PC
808 Moorefield Park Drive, Suite 110
North Chesterfield, VA 23236
(804) 788-1500
(804) 788-0135 (facsimile)
jcriner@bealelaw.com
dvall-llobera@bealelaw.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 7th day of June 2024, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> M. Scott Fisher, Jr. (VSB No. 78485)
> Harman, Claytor, Corrigan & Wellman
> P.O. Box 70280
> Richmond, VA 23255
> (804) 747-5200 - Phone
> (804) 747-6085 - Fax
> sfisher@hccw.com
> Counsel for Mark Janowski and Christopher Brown

     And I hereby certify that I will mail the document by U.S. mail to the following non-filing user:

>    /s/ Justin L. Criner       .
> Justin L. Criner (VSB # 90649)
> Daniel Vall-llobera (VSB # 95282)
> The Beale Law Firm, PC
> 808 Moorefield Park Drive, Suite 110
> North Chesterfield, VA 23236
> (804) 788-1500
> (804) 788-0135 (facsimile)
> jcriner@bealelaw.com
> dvall-llobera@bealelaw.com
> Counsel for Sara Khattab and Kaiya Crump